FILED
BILLINGS DIV.

IN THE UNITED STATES DISTRICT COURT 5    PM 12 43

FOR THE DISTRICT OF MONTANA PATRICK E. DUFFY, CLERK

BY _____

DEPUTY CLERK

BILLINGS  DIVISION

| | | |
|---|---|---|
| SANTIAGO VALDEZ, | ) | CV-07-109-BLG-RFC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| STATE OF MONTANA, | ) | AND RECOMMENDATION OF |
| | ) | U.S. MAGISTRATE JUDGE |
| Respondent. | ) | |
| | ) | |

On August 15, 2007, United States Magistrate Judge Carolyn S. Ostby entered her

Findings and Recommendation. (*Doc. 5*).  Magistrate Judge Ostby recommends Valdez's

petition (*Doc. 1*) be denied and all other pending motions (*Doc. 4*) should  be denied as moot.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to

file written objections. 28 U.S.C. § 636(b)(1).  However, in prisoner cases, this Court extends

the time to object to twenty days in order to take into account the somewhat greater mailing time

that is involved in sending documents into and out of a prison facility.  On August 20, 24 & 27,

2007, Valdez filed three documents which purportedly contain objections to Magistrate Ostby's

Findings and Recommendation. *Docs. 6,7 & 8.*  Valdez's objection requires this Court to make a

*de novo* determination of those portions of the Findings and Recommendations to which

objection is made.  28 U.S.C. § 635(b)(1).

Valdez's objections, to the extent the Court can decipher them, are not well-taken.  All of

Valdez's objections are simply variations of the arguments contained in his petition for writ of

1

habeas corpus: that he was unlawfully arrested without a warrant and without probable cause. In light of the fact that Valdez was subject to a felony warrant for robbery out of Indiana, Magistrate Judge Ostby correctly concluded that Valdez was properly arrested and these objections are overruled.

After a *de novo* review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and **HEREBY ORDERS** they be adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED:**

(1)     Valdez's petition (*Doc. 1*) is **DENIED;** and

(2)     All other motions (*Doc. 4*) are **DENIED AS MOOT.**

The Clerk of Court shall notify the parties of the entry of this Order and close this case accordingly.

DATED this _____ day of September, 2007.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE